# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 5, 2007

Charles R. Fulbruge III
Clerk

No. 07-40752
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

SANTIAGO CASTILLO-LUCIO, also known as Edgar Santiago Castillo-Lucio

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:07-CR-47-ALL

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Santiago Castillo-Lucio raises arguments that are foreclosed by United States v. Galvan-Rodriguez, 169 F.3d 217, 220 (5th Cir. 1999), and Brevia-Perez v. Gonzales, 482 F.3d 356, (5th Cir. 2007), which held that the offense of unauthorized use of a motor vehicle is a crime of violence under 18 U.S.C. § 16(b). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.